# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES WALKER STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. _____ |
| | ) |
| BRYANT NELSON, in his individual | ) |
| and official capacity as an officer of | ) |
| THE CITY OF FOLEY, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT
### Parties

1. Plaintiff is a resident of Baldwin County, Alabama and is over the age of nineteen (19).

2. Defendant, Officer Bryant Nelson is over the age of nineteen (19) and to the best of Plaintiff's information, belief and knowledge is a resident of Baldwin County, Alabama and at all time material hereto was a police officer with City of Foley, Alabama, acting under color of law. He is sued in his individual and official capacities.

## COUNT I
### Assault and Battery

3. Plaintiff adopts and incorporates all facts and allegations above as if set forth fully herein.

4. On or about December 1, 2019, the Defendant acting under the color of law as a Police Officer for the Municipality of Foley pulled over a vehicle wherein Plaintiff

was a passenger. Once the vehicle was pulled over and stopped Plaintiff, James Stewart fled from the vehicle on foot.

5. At that time Mr. Stewart was not suspected to be guilty of any crime. However, apparently, due to his abrupt departure from the scene Defendant gave chase on foot. Defendant released a K-9 unit to pursue Plaintiff; however, the K-9 unit did not stop the Plaintiff or otherwise engage him.

6. The Defendant/Officer continued the pursuit on foot as Plaintiff continued his departure.

7. While Plaintiff was several feet from the Defendant/Officer and with Plaintiff's back to him, the Defendant/Officer drew his service firearm and began firing at the Plaintiff.

8. Defendant struck Plaintiff twice with projectiles from his service firearm seriously injuring (paralyzing) the Plaintiff.

9. At the time of the infliction of the injuries, other than disobeying orders to stop his flight, Plaintiff was not suspected of any crime or in the course of committing any crime whatsoever.

WHEREFORE, premises considered, Plaintiff demands judgment against the Defendant for compensatory and punitive damages in an amount to be determined by a jury and for such other and further relief as Plaintiff may be entitled.

## COUNT II
### Excessive Force

10. Plaintiff adopts and incorporates all facts and allegations above as if set forth fully herein.

11. The actions of the Defendant violated Plaintiff's constitutional right to be free from the use of excessive and unreasonable force. As such the actions of the Defendant violated the Plaintiff's rights under the United States Constitution.

12. Defendant acted with a reckless disregard to Plaintiff's Constitutional Rights when he inflicted a life altering injury paralyzing him while Plaintiff was posing no threat to the Defendant/Officer whatsoever, and was not suspected of any serious crime nor did he pose any risk of harm to the Defendant/Officer at the time the grievous injury was inflicted.

WHEREFORE, premises considered, Plaintiff demands judgment against the Defendant for compensatory and punitive damages in an amount to be determined by a jury and for such other and further relief as Plaintiff may be entitled, attorney fees and costs, pursuant to 42 U.S.C. §1983.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL COUNTS AND ISSUE SO TRIABLE.**

Respectfully submitted,

*/s/ S. Joshua Briskman*
S. JOSHUA BRISKMAN   (BRI041)

OF COUNSEL:

BRISKMAN & BINION, P.C.
Post Office Box 43
Mobile, AL  36601
*T:*  251.433.7600
*F:*  251.433.4485
jbriskman@briskman-binion.com

*/s/ Will G. Phillips*
WILL G. PHILLIPS   (PHI044)
GREENE & PHILLIPS
51 N. Florida Street
Mobile, AL  36607
*T:*  251.478.1115
*F: 251.471-3920*
wgphillips@greenephillips.com

**DEFENDANT TO BE SERVED BY PRIVATE PROCESS SERVER AT THE FOLLOWING ADDRESS:**

**BRYANT NELSON**
**℅ City of Foley Police Department**
**200 E. Section Avenue**
**Foley, AL 36535**