IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WALKER STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 20-0295-WS-B |
| | ) |
| BRYANT NELSON, etc., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Counsel for the defendant has notified the Magistrate Judge that this action has settled. Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate the action within thirty days from the date of entry of this order if the settlement agreement documentation is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Rule 58.

DONE and ORDERED this 28th day of February, 2023.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE